UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND



DONNA L. WHITAKER

Plaintiff,

V.

CIVIL ACTION NO.
8:09-cv-01368-RWT

PATTERSON AND REESE

Defendant.

JUNE 17, 2009

### NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

"APPROVED" THIS ___ DAY
of _____ 20__

_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE